UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

RYDER TRUCK RENTAL, INC.,
a Florida corporation

       Plaintiff,

v().                                        Case No.: 16-CV-00437

NATIONAL FIRE INSURANCE COMPANY
OF HARTFORD
an Illinois corporation

       Defendant.

---

## STIPULATION FOR DISMISSAL WITH PREJUDICE

---

IT IS STIPULATED AND AGREED, by and between the parties, that the above-titled action and all claims/causes asserted therein or that could have been asserted therein, may be dismissed on the merits, with prejudice and without further costs to any individual and/or entity.

STIPULATED AND AGREED TO this 2nd day of November, 2017

                By: /s/ **Shannon M. Trevithick**
                    SHANNON M. TREVITHICK
                    WSBN 1043298
                    LARRY J. BRITTON
                    WSBN 1002776
                    **BRITTON & ASSOCIATES, S.C.**
                    1035 West Glen Oaks Lane, Ste. 100
                    Mequon, WI 53092
                    (414) 273-2900 (T)
                    (414) 273-2905 (F)
                    smt@britton-law.com
                    Attorneys for Ryder Truck Rental, Inc.

By: **/s/ Justin F. Wallace**
JUSTIN F. WALLACE
WSBN 1069331
**NASH, SPINDLER, GRIMSTAD & MCCRAKEN, LLP**
1425 Memorial Drive
Manitowoc, WI 54220
(920) 684-3321 (T)
(920) 684-0544 (F)
JWallace@nashlaw.com
Attorneys for the National Fire Insurance Company of Hartford